IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No. 1:07-00003 |
| v. ) | WILLIAM J. HAYNES, JR. |
| ) | Chief Judge, U.S. District Court |
| ) | |
| STEVEN DEWAYNE JOHNSON ) | |

### AGREED ORDER

A revocation hearing is set in this action for **Monday, May 20, 2013**, at 4:00 p.m.

It is so **ORDERED**.

**ENTERED** this 10 day of April, 2013.

_____
WILLIAM J. HAYNES, JR.
Chief United States District Judge

APPROVED FOR ENTRY:

s/ Isaiah S. Gant
Isaiah S. Gant (BPR #25790)
First Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
Attorney for Steven Dewayne Johnson


s/ Philip H. Wehby
Philip H. Wehby
Assistant United States Attorney
110 Ninth Avenue South, Suite A961
Nashville, TN 37203